IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| PLUM CREEK ESTATES, LLC, | ) |
| Plaintiff, | ) 2:16-CV-01612-CRE |
| vs. | ) |
| ROBERT JACKSON, | ) |
| Defendant, | ) |

**MEMORANDUM ORDER**

AND NOW, this 13th day of March, 2017, after the magistrate judge having submitted a report and recommendation recommending that plaintiff Plum Creek Estates, LLC's motion to remand be granted and this case be remanded to state court, the report and recommendation having been served on the parties, no parties having objected, and after a *de novo* review of the pleadings and documents in this case, together with the report and recommendation, the following order is entered:

IT IS HEREBY ORDERED that plaintiff Plum Creek Estates, LLC's motion to remand is GRANTED and this case is remanded to the Court of Common Pleas of Allegheny County for all further proceedings FORTHWITH;

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Cynthia Reed Eddy [ECF No. 8] is hereby adopted as the opinion of the district court;

IT IS FURTHER ORDERED that the Clerk shall mark this case CLOSED FORTHWITH.

By the Court,

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States Chief District Judge

cc: The Honorable Cynthia Reed Eddy
United States District Court
Western District of Pennsylvania

ROBERT JACKSON
605 Beech Dr.
Trafford, PA 15085

*Counsel of record via CM-ECF*